UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>JASON MICHAEL STONE,<br><br>         Defendant. | Case No. 2:98-cr-00216-KJD-LRL<br><br>ORDER |

  Presently before the Court is Defendant's Motion for Sentence Reduction under Section 404 of the First Step Act (#219). The Government filed a response (#221) to which Defendant replied (#222). Having read and considered the motion and good cause being found it is **GRANTED**. Rather than unnaturally extend the length of Defendant's time on supervised release by holding a re-sentencing hearing, the Court orders that Defendant's term of supervise release is **IMMEDIATELY TERMINATED.**

**IT IS SO ORDERED**.

DATED this 9th day of April 2021.

                   _____
                   Kent J. Dawson
                   United States District Judge